UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL MAROM,

                Plaintiff,

    -against-

TOWN OF HEMPSTEAD, SUPERVISOR KATE
MURRY [SIC], CHIEF BUILDING INSPECTOR
BRIAN M. NOCELLA, CODE ENFORCEMENT
OFFICER JON LIPINSKY, CODE
ENFORCEMENT OFFICER MARTIN SMITH,

                Defendants.
------------------------------------------------------------X

ORDER
14-CV-3005(SJF)(ARL)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 20 2014 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On May 13, 2014, *pro se* plaintiff Michael Marom ("plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") against defendants, accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fee, see 28 U.S.C. § 1915, the application to proceed *in forma pauperis* is granted.

The Clerk of the Court shall: (1) forward to the United States Marshal for the Eastern District of New York copies of the summonses, the complaint, the notice of hearing dated May 20, 2014 and this order for service upon defendants without prepayment of the filing fee; and, (2) pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, serve notice of entry of this order upon plaintiff as provided in Rule 5(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

                                              s/ Sandra J. Feuerstein
                                              _____
                                              Sandra J. Feuerstein
                                              United States District Judge

Dated:    May 20, 2014
            Central Islip, New York